IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE CORPORATION, | |
| Plaintiff, | 4:24CV3097 |
| vs. | RECUSAL ORDER |
| ROBERT MILLER, BLAKE MILLER, JASON P. FARRELL, Individually and as Special Administrator of the Estate of Tanner Robert Farrell; and TIFFANY FARRELL, | |
| Defendants. | |

    This matter is before the court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

    Dated this 18th day of July, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge

1