# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE CORPORATION, and PROGRESSIVE NORTHERN INSURANCE CO., <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT MILLER, BLAKE MILLER, JASON P. FARRELL, Individually and as Special Administrator of the Estate of Tanner Robert Farrell; and TIFFANY FARRELL, <br><br> Defendants. | 4:24CV3097 <br><br><br> ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendant,

**IT IS ORDERED:**

1. On or before **October 29, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 27th day of September, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge